UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

HARVEY GEORGE JERRELS,

        Petitioner,

    v.

STATE OF WASHINGTON,

        Respondent.

Case No.  C07-5267RJB

ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS*

    Petitioner's application for leave to proceed *in forma pauperis* (Dkt. # 1) is **GRANTED**. Petitioner does not appear to have funds available to afford the $5.00 filing fee.

    The Clerk is directed to mail a copy of this Order to petitioner.

    DATED this 14 day of June, 2007.

                      */S/ J. Kelley Arnold*
                      J. Kelley Arnold
                      United States Magistrate Judge

ORDER
Page - 1