UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

HARVEY GEORGE JERRELS,

    Petitioner,

v.

BELINDA D. STEWART,

    Respondent.

Case No. C07-5267RJB

ORDER GRANTING PETITIONER'S MOTION TO CHANGE THE CASE CAPTION

This 28 U.S.C. § 2254 petition for habeas corpus relief has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636 (b) and local Rules MJR 3 and 4. Petitioner originally named only the State of Washington as a respondent. The petition suffers from other defects. Petitioner has filed a motion to change the case caption (Dkt # 8). Petitioner named Belinda D. Stewart as a respondent. The motion to change the case caption is **GRANTED.**

The Clerk is directed to mail a copy of this Order to petitioner and remove docket number 8 from the court's calendar.

DATED this 23 day of July, 2007.

                /S/ J. Kelley Arnold
                J. Kelley Arnold
                United States Magistrate Judge

ORDER
Page - 1